**LISA R. LANG**
Lisa Lang Law LLC
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035
(503) 245-6309
OSB NO. 025035
Email: lisa@lisalanglaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON

**MARGARET MANNING,**

**Plaintiff,**

**vs.**

**COMMISSIONER of Social Security,**
    **Defendant.**

_____/

**Civil No.** 3:24-01585-HL

**ORDER GRANTING AWARD
OF EAJA FEES, EXPENSES
COSTS**

### ORDER

Based upon the Plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(l)(A) the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in Astrue v Ratliff, 130 S. Ct. 2521U.S. (2010), and 28 U.S.C. § 1920 it is hereby ordered that EAJA attorney's fees of $8,500.00, if not subject to any offset allowed under the U.S. Department of the Treasury's Offset Program as discussed in Ratliff shall be paid to the Plaintiff's Counsel through direct deposit or by mailing a check to the attorney's office.

Done this 20th day of May, 2026

_____

Andrew Hallman
United States Magistrate Judge

Presented by:

Lisa R. Lang, OSB 025035
Attorney for Plaintiff
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035